B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boston Blackies of Riverside Plaza, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4403264** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**120 S. Riverside Plaza<br>Floor 1<br>Chicago, IL**<br>ZIP Code **60661** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**801 W. Adams Street<br>Suite 201<br>Chicago, IL**<br>ZIP Code **60607** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Boston Blackies of Riverside Plaza, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)**                                                                                                                                           **Page 3**

| | |
|---|---|
| ## Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Boston Blackies of Riverside Plaza, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

 **Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

 **Querrey & Harrow, Ltd.**
Firm Name

 **175 W. Jackson Boulevard, Suite 1600**
 **Chicago, IL 60604**

_____
Address

                    **Email: rbenjamin@querrey.com**
 **(312)540-7000  Fax: (312)540-0578**
Telephone Number

 **November 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nick Giannis**
Signature of Authorized Individual

 **Nick Giannis**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

 **November 24, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Riverside Plaza, Inc.** _____    Case No. _____
                                                    **Debtor(s)**    Chapter    **11**    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **10/120 S. Riverside Property, LLC.**<br>**c/o Behringer Harvard REIT I, Inc.**<br>**Richard H. Needham, G.M.**<br>**10/120 S. Riverside Plaza, Chicago, IL 60606** | **10/120 S. Riverside Property, LLC.**<br>**c/o Behringer Harvard REIT I, Inc.**<br>**Richard H. Needham, G.M.**<br>**10/120 S. Riverside Plaza, Chicago, IL 60606** | **Non-residential lease of real property at 120 S. Riverside, Chicago, IL** | | **100,443.00** |
| **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **Goods and services** | | **4,225.78** |
| **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Goods and services** | | **9,429.75** |
| **Alsco-American Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Alsco-American Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Goods and services** | | **5,012.31** |
| **BLC. LLC/ Ciena Capital LLC**<br>**PO Box 26507**<br>**Greenville, SC 29616** | **BLC. LLC/ Ciena Capital LLC**<br>**PO Box 26507**<br>**Greenville, SC 29616** | **Goods and services** | | **69,684.00** |
| **Boston Blackies Management, Inc.**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Boston Blackies Management, Inc.**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Goods and services** | | **4,554.88** |
| **Champion Energy, LLC**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Champion Energy, LLC**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Goods and services** | | **3,774.67** |
| **Dino's & Son**<br>**6059 N. Hermitage St**<br>**Chicago, IL 60660** | **Dino's & Son**<br>**6059 N. Hermitage St**<br>**Chicago, IL 60660** | **Goods and services** | | **12,040.35** |
| **Donna Giannis**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Donna Giannis**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Goods and services** | | **6,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Boston Blackies of Riverside Plaza, Inc.**                    Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| IL Dept. of Employment Securities<br>PO Box 19300<br>Springfield, IL 62794 | IL Dept. of Employment Securities<br>PO Box 19300<br>Springfield, IL 62794 | 1st quarter through 4th quarter 2009 | | 5,224.00 |
| Illinois Department of Revenue<br>101 W Jefferson St<br>Springfield, IL 62702 | Illinois Department of Revenue<br>101 W Jefferson St<br>Springfield, IL 62702 | State withholding tax<br>  2nd, 3rd, 4th quarter 2009 | | 17,442.00 |
| Illinois Department of Revenue<br>101 W Jefferson St<br>Springfield, IL 62702 | Illinois Department of Revenue<br>101 W Jefferson St<br>Springfield, IL 62702 | Sales tax<br>  Partial taxes, interest and penalties    for sales tax from June 2007 to September 2009. | Unliquidated | 217,358.00 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604 | 2nd, 3rd, 4th quarters 2009 withholding tax | | 141,954.00 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604 | FUTA (940)<br>  1st quarter through 4th quarter 2009 | | 3,594.00 |
| RBS Citizens, NA d/b/a Charter One<br>c/o Riemer & Braunstein, LLP<br>71 S. Wacker Dr., Ste. 3515<br>Chicago, IL 60606 | RBS Citizens, NA d/b/a Charter One<br>c/o Riemer & Braunstein, LLP<br>71 S. Wacker Dr., Ste. 3515<br>Chicago, IL 60606 | Overdraft of business checking account | Unliquidated Disputed | 51,307.00 |
| Southern Wine & Spirits<br>2971 Paysphere Circle<br>Chicago, IL 60674-2971 | Southern Wine & Spirits<br>2971 Paysphere Circle<br>Chicago, IL 60674-2971 | Goods and services | | 3,275.47 |
| Sysco Food Service<br>250 Wieboldt Drive<br>Des Plaines, IL 60016 | Sysco Food Service<br>250 Wieboldt Drive<br>Des Plaines, IL 60016 | Goods and services | Unliquidated Disputed | 1,227,558.00 |
| Total Management Systems, Inc.<br>900 W. Fullerton Avenue<br>Addison, IL 60101 | Total Management Systems, Inc.<br>900 W. Fullerton Avenue<br>Addison, IL 60101 | Equipment lease for dishwasher CMA B #120187 and softner TMS 500<br>and cleaning products | | 5,661.56 |
| Tri-Mark Marlinn<br>7250 South Cicero<br>Chicago, IL 60629-5815 | Tri-Mark Marlinn<br>7250 South Cicero<br>Chicago, IL 60629-5815 | Goods and services | | 9,017.66 |
| US Foodservice, Inc<br>Box 98420<br>Chicago, IL 60693-8420 | US Foodservice, Inc<br>Box 98420<br>Chicago, IL 60693-8420 | Goods and services | | 13,097.38 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Boston Blackies of Riverside Plaza, Inc.**                                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **November 24, 2009**                              Signature    **/s/ Nick Giannis**
                                                                              **Nick Giannis**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Riverside Plaza, Inc.**          ,     Case No. _____

                                           Debtor          Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 229,491.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,075,082.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 14 | | 443,357.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 1,546,495.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 229,491.00 | | |
| Total Liabilities | | | | 3,064,935.63 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Boston Blackies of Riverside Plaza, Inc.**                          ,     Case No. _____
Debtor

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Boston Blackies of Riverside Plaza, Inc.**                                   ,        Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Boston Blackies of Riverside Plaza, Inc.**                                                      Case No. _____
                                                                                              ,
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash** | - | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizen's Bank & Trust   Checking (. . . 5797)** | - | **7,258.00** |
| | | **Charter One** | - | **0.00** |
| | | **Citibank, N.A.** | - | **0.00** |
| | | **Broadway Bank** | - | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Behringer Harvard REIT, I, Inc.   (letter of credit)** | - | **86,103.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **93,861.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Boston Blackies of Riverside Plaza, Inc.**       ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Boston Blackies of Riverside Plaza, Inc.**                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois State Liquor License** | - | 1.00 |
| | | **Chicago Retail Food Establishment License** | - | 1.00 |
| | | **Chicago Consumption on Premises License** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **China, flatware, glass (liquidation value)** | - | 4,931.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **POS, furniture, trade fixtures, kitchen equipment (liquidation value)** | - | 98,200.00 |
| 30. Inventory. | | **Perishables (cost)** | - | 15,849.00 |
| | | **Perishables (non-liquor) (cost)** | - | 16,647.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 135,630.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 229,491.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Boston Blackies of Riverside Plaza, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **20071001C** <br><br> **BLC, LLC/Ciena Capitol, LLC.** <br> **PO Box 26507** <br> **Greenville, SC 29616** | X | - | | | **2007 senior installment note principal balance as of 10/19/09** <br><br><br> Value $ **143,385.00** | | | | **1,075,082.00** | **Unknown** |
| Account No. **34710** <br><br> **GE Capital Corp.** <br> **8377 E. Hartford Drive** <br> **Suite 200** <br> **Scottsdale, AZ 85255** | X | - | | | **2008 junior installment note total due $5,587,825.00 cross collateralized by other entities. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643.** <br> Value $ **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | <br><br><br><br> Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal <br> (Total of this page) | **1,075,082.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **1,075,082.00** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re    **Boston Blackies of Riverside Plaza, Inc.**                    Case No. _____
                                                     ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**13**    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Adrian Hernandez<br>3328 W Wilson Ave<br>Chicago, IL 60675 | | - | Wages | | | | 940.62 | 0.00 | 940.62 |
| Account No.<br><br>Alejandro Gonzalez<br>4811 Forster<br>Schiller Park, IL 60176 | | - | Wages | | | | 842.21 | 0.00 | 842.21 |
| Account No.<br><br>Alejandro Romero Diaz<br>2021 N Albany<br>Chicago, IL 60647 | | - | Wages | | | | 750.47 | 0.00 | 750.47 |
| Account No.<br><br>Allison Zieroff<br>839 W Cornelia, Apt. 2N<br>Chicago, IL 60657 | | - | Wages | | | | 1,228.70 | 0.00 | 1,228.70 |
| Account No.<br><br>Alvaro Rocha<br>4322 N Milwaukee Ave<br>Chicago, IL 60641 | | - | Wages | | | | 1,463.21 | 0.00 | 1,463.21 |

Sheet __1__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 5,225.21 | 0.00 |
|---|---|
| | 5,225.21 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| Amanda Ervin 8728 Stage Coach Rd Athens, OH 45701 | - | | | | | | | 1,101.14 | 0.00 | 1,101.14 |
| Account No. | | | | Wages | | | | | | |
| Andrea M. Giczewski 16719 Riverside Dr Livonia, MI 48154 | - | | | | | | | 1,467.69 | 0.00 | 1,467.69 |
| Account No. | | | | Wages | | | | | | |
| Andres Sanchez 3748 N Albany, Basement Chicago, IL 60618 | - | | | | | | | 1,370.52 | 0.00 | 1,370.52 |
| Account No. | | | | Wages | | | | | | |
| Angel Mancilla 2722 Westwood #D2 Waukegan, IL 60085 | - | | | | | | | 1,328.94 | 0.00 | 1,328.94 |
| Account No. | | | | Wages | | | | | | |
| Argy Bisbikis 11333 71st Street Burr Ridge, IL 60527 | - | | | | | | | 629.70 | 0.00 | 629.70 |

Sheet __2__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 5,897.99 | 5,897.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,          Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Brandis Jones 1421 W Superior 1R Chicago, IL 60642 | | - | Wages | | | | 929.70 | 0.00 | 929.70 |
| Account No. Carlos Vazquez 456 Greenview Dr Park City, IL 60085 | | - | Wages | | | | 1,297.40 | 0.00 | 1,297.40 |
| Account No. Christina Gonzalez 2431 S Whipple Chicago, IL 60623 | | - | Wages | | | | 1,288.20 | 0.00 | 1,288.20 |
| Account No. Dorota Rakowska 4112 N Keystone Ave #2W Chicago, IL 60641 | | - | Wages | | | | 1,552.94 | 0.00 | 1,552.94 |
| Account No. Ediberto Uribe Miranda 3055 W Leland #12 Chicago, IL 60625 | | - | Wages | | | | 1,248.23 | 0.00 | 1,248.23 |

Sheet __3__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 6,316.47 | 0.00 | 6,316.47 |
|---|---|---|---|---|

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boston Blackies of Riverside Plaza, Inc.** ,                Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Faviola Roth 330 N Jefferson #406 Chicago, IL 60661 | - | | | | | | | 0.00 | |
| | | | | | | | 1,790.43 | | 1,790.43 |
| Account No. | | | Wages | | | | | | |
| Fernando Arizmendi 4015 Cornelia Ave Chicago, IL 60641 | - | | | | | | | 0.00 | |
| | | | | | | | 809.52 | | 809.52 |
| Account No. | | | Wages | | | | | | |
| Gabriel Fernandez 1719 W Huron Chicago, IL 60622 | - | | | | | | | 0.00 | |
| | | | | | | | 764.81 | | 764.81 |
| Account No. | | | Wages | | | | | | |
| Gerardo Lopez 3553 N Central Park Chicago, IL 60651 | - | | | | | | | 0.00 | |
| | | | | | | | 762.45 | | 762.45 |
| Account No. | | | Wages | | | | | | |
| Gerardo Roman 3106 S Lawndale Chicago, IL 60632 | - | | | | | | | 0.00 | |
| | | | | | | | 868.32 | | 868.32 |

Sheet __4__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 4,995.53 | | 4,995.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Gerardo Verela 3130 Pamard Chicago, IL 60618 | | - | Wages | | | | 958.04 | 0.00 | 958.04 |
| Account No. Gladys Bernadac 2500 N Lawndale #1 Chicago, IL 60647 | | - | Wages | | | | 921.36 | 0.00 | 921.36 |
| Account No. Helen Kobrin 67 W Chestnut Apt 3A Chicago, IL 60610 | | - | Wages | | | | 202.55 | 0.00 | 202.55 |
| Account No. Heriberto Roldan 4731 W Plamer Chicago, IL 60639 | | - | Wages | | | | 501.12 | 0.00 | 501.12 |
| Account No. Isabel Alvarez 2759 S Hamlin Chicago, IL 60623 | | - | Wages | | | | 866.73 | 0.00 | 866.73 |

Sheet __5__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 3,449.80 | 3,449.80 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Jamie Dominguez** 9549 S Avers Chicago, IL 60617 | | - | **Wages** | | | | 1,112.63 | 0.00 | 1,112.63 |
| Account No. **Jennifer A Bertucci** 2820 S Lowe Chicago, IL 60616 | | - | **Wages** | | | | 766.49 | 0.00 | 766.49 |
| Account No. **Jennifer Flastrom** 2216 N California #1 Chicago, IL 60647 | | - | **Wages** | | | | 183.30 | 0.00 | 183.30 |
| Account No. **Jessica Thorne** 1850 W Barry St, Apt. 2 Chicago, IL 60657 | | - | **Wages** | | | | 1,064.12 | 0.00 | 1,064.12 |
| Account No. **Joann Morales** 2619 N California Chicago, IL 60647 | | - | **Wages** | | | | 1,753.37 | 0.00 | 1,753.37 |

Sheet __6__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,879.91 | 4,879.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boston Blackies of Riverside Plaza, Inc.**                              ,   Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| Joaquin F. Reynaldo 1326 W 18th St Chicago, IL 60608 | - | | | | | | | 719.28 | 0.00 | 719.28 |
| Account No. | | | | Wages | | | | | | |
| Jorge Uribe Miranda 3237 W Leland Ave Chicago, IL 60625 | - | | | | | | | 595.49 | 0.00 | 595.49 |
| Account No. | | | | Wages | | | | | | |
| Josue Vicona 3019 N Spaulding Chicago, IL 60618 | - | | | | | | | 1,199.25 | 0.00 | 1,199.25 |
| Account No. | | | | Wages | | | | | | |
| Juan Arizmendi 3824 N Pulaski Chicago, IL 60641 | - | | | | | | | 1,339.29 | 0.00 | 1,339.29 |
| Account No. | | | | Wages | | | | | | |
| Juan Carlos Gomez 2947 N Kimball Chicago, IL 60618 | - | | | | | | | 923.54 | 0.00 | 923.54 |

Sheet __7__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 4,776.85 | 4,776.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boston Blackies of Riverside Plaza, Inc.** ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Wages | | | | | | |
| Katherine Brandt 1937 Terrace Road Homewood, IL 60430 | - | | | | | | | 253.77 | 0.00 | 253.77 |
| Account No. | | | | Wages | | | | | | |
| Keva Walker 550 W Briar Place Chicago, IL 60657 | - | | | | | | | 903.62 | 0.00 | 903.62 |
| Account No. | | | | Wages | | | | | | |
| Lauren McBee 420 Surf St Chicago, IL 60657 | - | | | | | | | 907.31 | 0.00 | 907.31 |
| Account No. | | | | Wages | | | | | | |
| Lisa Nelson 1401 7th Ave Silvis, IL 61282 | - | | | | | | | 1,739.00 | 0.00 | 1,739.00 |
| Account No. | | | | Wages | | | | | | |
| Lucio Cebrero 5933 S. Trumbull Chicago, IL 60629 | - | | | | | | | 965.58 | 0.00 | 965.58 |

Sheet __8__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 4,769.28 | | 4,769.28 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,          Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. | | Wages | | | | | | | |
| Luis Abad 3747 W 63rd St Chicago, IL 60629 | - | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| Account No. | | Wages | | | | | | | |
| Marco Abad 1838 S Morgan Chicago, IL 60608 | - | | | | | | 1,117.14 | 0.00 | 1,117.14 |
| Account No. | | Wages | | | | | | | |
| Martin Urbina 3831 N Fremont #402 Chicago, IL 60613 | - | | | | | | 865.38 | 0.00 | 865.38 |
| Account No. | | Wages | | | | | | | |
| Michelle Abrams 2439 N Mozart Chicago, IL 60647 | - | | | | | | 502.68 | 0.00 | 502.68 |
| Account No. | | Wages | | | | | | | |
| Miguel Morocho 1719 W Huron St #3 Chicago, IL 60622 | - | | | | | | 904.37 | 0.00 | 904.37 |

Sheet __9__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 4,889.57 | 4,889.57 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Wages | | | | | |
| Nick Howard 832 W Windsor #1 Chicago, IL 60640 | - | | | | | | | 0.00 |
| | | | | | | | 2,100.00 | 2,100.00 |
| Account No. | | | Wages | | | | | |
| Nicole E. Cobb-Oliver 301 W Madison Lombard, IL 60148 | - | | | | | | | 0.00 |
| | | | | | | | 970.29 | 970.29 |
| Account No. | | | Wages | | | | | |
| Nihal Gunden 5005 Enfield Ave #310 Skokie, IL 60077 | - | | | | | | | 0.00 |
| | | | | | | | 1,073.16 | 1,073.16 |
| Account No. | | | Wages | | | | | |
| Ramon Bucio Leyba 3806 N Francisco Chicago, IL 60618 | - | | | | | | | 0.00 |
| | | | | | | | 1,369.58 | 1,369.58 |
| Account No. | | | Wages | | | | | |
| Rebecca Ross 495 Sussex Ct Buffalo Grove, IL 60089 | - | | | | | | | 0.00 |
| | | | | | | | 370.80 | 370.80 |

Sheet __10__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 5,883.83 | 5,883.83 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** , Case No. _____
　　　　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ruben Avila**<br>**1122 Wolcott**<br>**Chicago, IL 60622** | | - | **Wages** | | | | 648.96 | 0.00 | 648.96 |
| Account No.<br><br>**Santos Mendoza**<br>**2848 N Drake #1**<br>**Chicago, IL 60618** | | - | **Wages** | | | | 867.62 | 0.00 | 867.62 |
| Account No.<br><br>**Sophia Sosa**<br>**4713 W 20th St**<br>**Cicero, IL 60804** | | - | **Wages** | | | | 329.55 | 0.00 | 329.55 |
| Account No.<br><br>**Stacey Meinen**<br>**3950 N Lake Shore Dr, #1016**<br>**Chicago, IL 60613** | | - | **Wages** | | | | 852.60 | 0.00 | 852.60 |
| Account No.<br><br>**Taylor Brown**<br>**811 Seward St, Apt 1S**<br>**Evanston, IL 60202** | | - | **Wages** | | | | 922.32 | 0.00 | 922.32 |

Sheet __11__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 3,621.05 | | 3,621.05 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boston Blackies of Riverside Plaza, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Vincente Luna**<br>**2902 N Woodard St**<br>**Chicago, IL 60618** | - | | | **Wages** | | | | **980.27** | **0.00**<br><br>**980.27** |
| Account No.<br><br>**Zoe Kanistra**<br>**6325 N Sheridan Rd, Unit 1908**<br>**Chicago, IL 60660** | - | | | **Wages** | | | | **2,100.00** | **0.00**<br><br>**2,100.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __12__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | AMOUNT OF CLAIM | AMOUNT ENTITLED |
|---|---|---|
| | | **0.00** |
| | **3,080.27** | **3,080.27** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** ,                    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IL Dept. of Employment Securities**<br>**PO Box 19300**<br>**Springfield, IL 62794** | - | | **1st quarter through 4th quarter 2009** | | | | <br><br>5,224.00 | 0.00<br><br>5,224.00 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | - | | **Sales tax**<br>   **Partial taxes, interest and penalties for sales tax from June 2007 to September 2009.** | | X | | 25,802.00<br><br>217,358.00 | 25,802.00<br><br>191,556.00 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | - | | **State withholding tax**<br>   **2nd, 3rd, 4th quarter 2009** | | | | <br><br>17,442.00 | 0.00<br><br>17,442.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | - | | **2nd, 3rd, 4th quarters 2009 withholding tax** | | | | <br><br>141,954.00 | 0.00<br><br>141,954.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | - | | **FUTA (940)**<br>   **1st quarter through 4th quarter 2009** | | | | <br><br>3,594.00 | 0.00<br><br>3,594.00 |

Sheet __13__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 385,572.00 | 25,802.00<br>359,770.00 |
| Total (Report on Summary of Schedules) | 443,357.76 | 25,802.00<br>417,555.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Boston Blackies of Riverside Plaza, Inc.**                        , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**10/120 S. Riverside Property, LLC.<br>c/o Behringer Harvard REIT I, Inc.<br>Richard H. Needham, G.M.<br>10/120 S. Riverside Plaza, Chicago, IL 60606** | - | | **Non-residential lease of real property at 120 S. Riverside, Chicago, IL** | | | | 100,443.00 |
| Account No.<br><br>**10/120 South Riverside Property LLC<br>14470 Collections Center Drive<br>Chicago, IL 60693** | | | **Notice Only. See 10/120 S. Riverside c/o Behringer Harvard** | | | | **Unknown** |
| Account No.<br><br>**A New Dairy, Inc<br>1234 W. Randolph<br>Chicago, IL 60607** | - | | **Goods and services** | | | | 4,225.78 |
| Account No. **105808**<br><br>**Alpha Baking<br>4545 Lyndale<br>Chicago, IL 60639** | - | | **Goods and services** | | | | 9,429.75 |
| __7__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **114,098.53** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        S/N:33609-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Riverside Plaza, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **71280**<br><br>**Alsco-American Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | | - | | Goods and services | | | | 5,012.31 |
| Account No. **23884**<br><br>**Anderson Pest Control**<br>**501 W. Lake Street**<br>**Suite 204**<br>**Elmhurst, IL 60126-1103** | | - | | Goods and services | | | | 169.06 |
| Account No. **312-382-0700 221 6**<br><br>**AT & T**<br>**Bankruptcy Department**<br>**PO Box 769**<br>**Arlington, TX 76004** | | - | | Goods and services | | | | 206.33 |
| Account No. **20071001C**<br><br>**BLC. LLC/ Ciena Capital LLC**<br>**PO Box 26507**<br>**Greenville, SC 29616** | | - | | Goods and services | | | | 69,684.00 |
| Account No. **DF COMM**<br><br>**Boston Blackies Management, Inc.**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | | - | | Goods and services | | | | 4,554.88 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   79,626.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Riverside Plaza, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Carson's<br>612 N. Wells<br>Chicago, IL 60610** | | - | | **Goods and services** | | | | 1,597.10 |
| Account No. **9080400043**<br><br>**Champion Energy, LLC<br>PO Box 3115<br>Houston, TX 77253-3115** | | - | | **Goods and services** | | | | 3,774.67 |
| Account No.<br><br>**Dalmatian Fire Equipment,Ltd<br>531 Monroe Street<br>Dolton, IL 60419-1134** | | - | | **Goods and services** | | | | 219.85 |
| Account No.<br><br>**Dino's & Son<br>6059 N. Hermitage St<br>Chicago, IL 60660** | | - | | **Goods and services** | | | | 12,040.35 |
| Account No.<br><br>**Donna Giannis<br>801 W Adams St<br>Suite 201<br>Chicago, IL 60607** | | - | | **Goods and services** | | | | 6,000.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        23,631.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Empire Cooler Service, Inc.** <br>**940 W. Chicago Avenue** <br>**Chicago, IL 60622** | - | | | **Lease of ice machine** <br>**one KM 1300 SWF** <br>**one B 900 PD BW** | | | | 1,296.00 |
| Account No. **4.50E+12** <br><br>**Exelon Energy** <br>**2315 Enterprise Drive** <br>**Westchester, IL 60154** | - | | | **Goods and services** | | | | 932.44 |
| Account No. <br><br>**Lux Security Systems** <br>**3611 N. Nottingham Ave** <br>**Chicago, IL 60634** | - | | | **Goods and services** | | | | 486.00 |
| Account No. **20094** <br><br>**MUZAK - CHICAGO** <br>**PO Box 71070** <br>**Charlotte, NC 28272-1070** | - | | | **Goods and services** | | | | 117.90 |
| Account No. <br><br>**MVP Fire Protection Systems INC.** <br>**14006 S. Kildare Ave.** <br>**Crestwood, IL 60445** | - | | | **Goods and services** | | | | 760.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,592.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** _____,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **2751** | | | | | Goods and services | | | | |
| **Nordic Energy** **625 Plainfield Road** **Suite 226** **Willowbrook, IL 60527** | | - | | | | | | | 816.64 |
| Account No. **4326190** | | | | | Goods and services | | | | |
| **NSN Employer Services** **PO Box 617665** **Chicago, IL 60661** | | - | | | | | | | 111.00 |
| Account No. **197650** | | | | | Goods and services | | | | |
| **NuCO2 Inc.** **PO Box 9011** **Stuart, FL 34995** | | - | | | | | | | 107.04 |
| Account No. | | | | | Goods and services | | | | |
| **Purely Gourmet** **9272 Paysphere Circle** **Chicago, IL 60674** | | - | | | | | | | 320.24 |
| Account No. | | | | | Goods and services | | | | |
| **Radiant Systems** **PO Box 198755** **Atlanta, GA 30384-8755** | | - | | | | | | | 249.80 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        1,604.72

B6F (Official Form 6F) (12/07) - Cont.

In re **Boston Blackies of Riverside Plaza, Inc.** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rally Capital Services, LLC.**<br>**350 N. LaSalle Street**<br>**Suite 1100**<br>**Chicago, IL 60654** | - | | **Consulting, advisory and accounting services. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643.** | | X | X | **Unknown** |
| Account No. **4509241207**<br><br>**RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | X | - | **Overdraft of business checking account** | | X | X | **51,307.00** |
| Account No. **24092 9**<br><br>**Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** | | - | **Goods and services** | | | | **3,275.47** |
| Account No. **BOS120**<br><br>**Stewarts Private Blend Foods, Inc.**<br>**4110 Wrightwood Ave.**<br>**Chicago, IL 60639** | | - | **Goods and services** | | | | **1,209.17** |
| Account No.<br><br>**Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** | X | - | **Goods and services** | | X | X | **1,227,558.00** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,283,349.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Riverside Plaza, Inc.**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Total Management Systems, Inc.**<br>**900 W. Fullerton Avenue**<br>**Addison, IL 60101** | - | | | **Equipment lease for dishwasher CMA B #120187 and softner TMS 500 and cleaning products** | | | | **5,661.56** |
| Account No.<br><br>**Tri-Mark Marlinn**<br>**7250 South Cicero**<br>**Chicago, IL 60629-5815** | - | | | **Goods and services** | | | | **9,017.66** |
| Account No.<br><br>**US Foodservice, Inc**<br>**Box 98420**<br>**Chicago, IL 60693-8420** | - | | | **Goods and services** | | | | **13,097.38** |
| Account No.<br><br>**Veolia Environmental Services**<br>**4612 W Lake Street**<br>**Melrose Park, IL 60160** | - | | | **Goods and services** | | | | **565.76** |
| Account No.<br><br>**Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | - | | | **Goods and services** | | | | **3,034.40** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **31,376.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Riverside Plaza, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Veterans Linen Supply Co., INC <br> 627 S 89th St <br> Milwaukee, WI 53214 | | - | | Goods and services | | | | 336.00 |
| Account No. **001-140-00004773** <br><br> Vienna Sausage Mfg. <br> 2549 Paysphere Circle <br> Chicago, IL 60674 | | - | | Goods and services | | | | 3,229.62 |
| Account No. <br><br> Walter J. Jr. Inc. <br> 2441 E. Seminary Ave. <br> Des Plaines, IL 60016 | | - | | Goods and services | | | | 2,610.00 |
| Account No. **19806** <br><br> Wirtz Beverage Illinois <br> PO Box 809180 <br> Chicago, IL 60680-9180 | | - | | Goods and services | | | | 3,039.71 |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 9,215.33 |
| Total (Report on Summary of Schedules) | 1,546,495.87 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Boston Blackies of Riverside Plaza, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **10/120 S. Riverside Property, LLC.**<br>**c/o Behringer Harvard REIT I, Inc.**<br>**Richard H. Needham, G.M.**<br>**10/120 S. Riverside Plaza, Chicago, IL 60606** | **Non-residential lease** |
| **Alsco**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Linen** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Management agreement** |
| **Donick Holdings, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Trademark license agreements** |
| **Empire Cooler Service, Inc.**<br>**940 W. Chicago Avenue**<br>**Chicago, IL 60622** | **Ice machine** |
| **Peter Pan Restaurant Management and Consultants, Inc.**<br>**612 N. Wells Street**<br>**Chicago, IL 60614** | **Trade secret license agreements** |
| **Rally Capital Services, LLC.**<br>**350 N. LaSalle Street**<br>**Suite 1100**<br>**Chicago, IL 60654** | **Consulting, advisory and accounting services** |
| **Total Management Systems, Inc.**<br>**900 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Dishwasher and supplies** |
| **Veolia Environmental Services**<br>**4612 W. Lake Street**<br>**Melrose Park, IL 60160** | **Scavenger services** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Boston Blackies of Riverside Plaza, Inc.**             ,      Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |

**3**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Boston Blackies of Riverside Plaza, Inc.** _____,   Case No. _____

_____Debtor_____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies of Arlington Height**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies of Arlington Height**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Arlington Height**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies of Lincoln Park LLC**<br>**1962 N. Halsted**<br>**Chicago, IL 60614** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Lincoln Park LLC**<br>**1962 N. Halsted**<br>**Chicago, IL 60614** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies of Skokie, Inc.**<br>**9525 Skokie Blvd.**<br>**Skokie, IL 60077** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Skokie, Inc.**<br>**9525 Skokie Blvd.**<br>**Skokie, IL 60077** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |

Sheet   __1__ of __3__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Boston Blackies of Riverside Plaza, Inc.**                              ,   Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **BLC, LLC/Ciena Capitol, LLC.**<br>**PO Box 26507**<br>**Greenville, SC 29616** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |
| **Donick Holdings, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Donna Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Donna Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **BLC, LLC/Ciena Capitol, LLC.**<br>**PO Box 26507**<br>**Greenville, SC 29616** |
| **Nick Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Nick Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **BLC, LLC/Ciena Capitol, LLC.**<br>**PO Box 26507**<br>**Greenville, SC 29616** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Boston Blackies of Riverside Plaza, Inc.**               ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Nick Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Food Service**<br>**250 Wieboldt Drive**<br>**Des Plaines, IL 60016** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Riverside Plaza, Inc.**                      Case No.

                                         Debtor(s)               Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **34**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 24, 2009**                    Signature    **/s/ Nick Giannis**

                                                     **Nick Giannis**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Boston Blackies of Riverside Plaza, Inc.** _____   Case No. _____

Debtor(s)                    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,672,326.00** | **2007 gross receipts** |
| **$3,146,027.00** | **2008 gross receipts** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **Aug 23, 2009 - Nov 23, 2009** | **$6,431.02** | **$4,225.78** |
| **Tri-Mark Marlinn**<br>**7250 South Cicero**<br>**Chicago, IL 60629-5815** | **Aug 23, 2009 - Nov 23, 2009** | **$9,488.27** | **$9,017.66** |
| **Chicago Beverage** | **Aug 23, 2009 - Nov 23, 2009** | **$20,974.98** | **$0.00** |
| **Dino's & Son**<br>**6059 N. Hermitage St**<br>**Chicago, IL 60660** | **Aug 23, 2009 - Nov 23, 2009** | **$8,236.47** | **$12,040.35** |
| **Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62794** | **Aug 23, 2009 - Nov 23, 2009** | **$20,810.00** | **$17,442.00** |
| **River North Sales-Service** | **Aug 23, 2009 - Nov 23, 2009** | **$8,325.39** | **$0.00** |
| **Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** | **Aug 23, 2009 - Nov 23, 2009** | **$9,924.24** | **$3,275.47** |
| **US Foodservice, Inc**<br>**Box 98420**<br>**Chicago, IL 60693-8420** | **Aug 23, 2009 - Nov 23, 2009** | **$10,007.23** | **$13,097.38** |
| **Wirtz Beverage Illinois**<br>**PO Box 809180**<br>**Chicago, IL 60680-9180** | **Aug 23, 2009 - Nov 23, 2009** | **$6,509.17** | **$3,039.71** |

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GE Capital Corp 09 CV 6013** | **Breach of contract** | **USDC, No. Dist of Illinois** | **pending** |
| **RBS Citizens, N.A., d/b/a Charter One, as successor by merger with Charter One Bank, N.A. 09 L 2708** | **Breach of contract** | **Cook County, IL** | **pending** |
| **Sysco Chicago, Inc. 09 L 5373** | **Breach of contract** | **Cook County, IL** | **pending** |
| **David Ofman v. Boston Blackies of Winnetka, Inc. and Nick Giannis 09 L 3041** | **Breach of contract** | **Cook County, IL** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wamu** | **(. . . 739-6)** | **November 2008** |
| **Western Springs National Bank** | **(. . . 8500)** | **March 2009** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Boston Blackies Management, Inc.** | **2002 to present** |
| **801 West Adams Street** | |
| **Suite 201** | |
| **Chicago, IL 60607** | |
| | |
| **J. Pappas Accounting Group** | **2007 to present** |
| **17W729 Roosevelt Road** | |
| **Oak Brook Terrace, IL 60181** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Boston Blackies Management, Inc.** | **801 West Adams Street** |
| | **Suite 201** |
| | **Chicago, IL 60607** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **GE Capital Corp.** | **October 2008** |
| **8377 E. Hartford Drive** | **January, March, June 2009** |
| **Suite 200** | |
| **Scottsdale, AZ 85255** | |
| | |
| **BLC, LLC/Ciena Capitol, LLC.** | **January 2009** |
| **PO Box 26507** | |
| **Greenville, SC 29616** | |
| | |
| **RBS Citizens, NA d/b/a Charter One** | **October 2008** |
| **c/o Riemer & Braunstein, LLP** | |
| **71 S. Wacker Dr., Ste. 3515** | |
| **Chicago, IL 60606** | |

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **10/31/09** | **Chris Giannis** | **$14,409 liquor at cost** |
| | | **$15,134 food at cost** |
| | | |
| **11/16/09** | **Chris Giannis** | **$15,849 liquor at cost** |
| | | **$16,647 food at cost** |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **10/31/09** | **Chris Giannis** |

8

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **11/16/09** | **Chris Giannis** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Chris Giannis** | **President** | **100% stockholder** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **To be supplied** | **To be supplied** |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 24, 2009**                    Signature  **/s/ Nick Giannis**
                                                      **Nick Giannis**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Riverside Plaza, Inc.**                                ,    Case No. _____

Debtor    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Chris Giannis** | **Common** | **1,000** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 24, 2009**_____    Signature **/s/ Nick Giannis**_____
                                                                                    **Nick Giannis**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Boston Blackies of Riverside Plaza, Inc.** _____     Case No. _____

                                                  Debtor(s)     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **116**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 24, 2009** _____     **/s/ Nick Giannis** _____

                                                  **Nick Giannis**/
                                                  Signer/Title

10/120 S. Riverside Property, LLC.
c/o Behringer Harvard REIT I, Inc.
Richard H. Needham, G.M.
10/120 S. Riverside Plaza, Chicago, IL 60606

10/120 South Riverside Property LLC
14470 Collections Center Drive
Chicago, IL 60693

164 Grand Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607

A New Dairy, Inc
1234 W. Randolph
Chicago, IL 60607

Adrian Hernandez
3328 W Wilson Ave
Chicago, IL 60675

Alejandro Gonzalez
4811 Forster
Schiller Park, IL 60176

Alejandro Romero Diaz
2021 N Albany
Chicago, IL 60647

Allison Zieroff
839 W Cornelia, Apt. 2N
Chicago, IL 60657

Alpha Baking
4545 Lyndale
Chicago, IL 60639

Alsco
2641 S. Leavitt
Chicago, IL 60608

Alsco-American Linen
2641 S. Leavitt
Chicago, IL 60608

Alvaro Rocha
4322 N Milwaukee Ave
Chicago, IL 60641


Amanda Ervin
8728 Stage Coach Rd
Athens, OH 45701


Anderson Pest Control
501 W. Lake Street
Suite 204
Elmhurst, IL 60126-1103


Andrea M. Giczewski
16719 Riverside Dr
Livonia, MI 48154


Andres Sanchez
3748 N Albany, Basement
Chicago, IL 60618


Angel Mancilla
2722 Westwood #D2
Waukegan, IL 60085


Argy Bisbikis
11333 71st Street
Burr Ridge, IL 60527


AT & T
Bankruptcy Department
PO Box 769
Arlington, TX 76004


BLC, LLC/Ciena Capitol, LLC.
PO Box 26507
Greenville, SC 29616


BLC. LLC/ Ciena Capital LLC
PO Box 26507
Greenville, SC 29616

Boston Blackies Lake Cook Plaza Inc
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Management, Inc.
801 W Adams St
Suite 201
Chicago, IL 60607


Boston Blackies Management, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Naperville LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Arlington Height
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Lincoln Park LLC
1962 N. Halsted
Chicago, IL 60614


Boston Blackies of Skokie, Inc.
9525 Skokie Blvd.
Skokie, IL 60077


Boston Blackies of Winnetka LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Brandis Jones
1421 W Superior 1R
Chicago, IL 60642


Carlos Vazquez
456 Greenview Dr
Park City, IL 60085

Carson's
612 N. Wells
Chicago, IL 60610


Champion Energy, LLC
PO Box 3115
Houston, TX 77253-3115


Chris Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Christina Gonzalez
2431 S Whipple
Chicago, IL 60623


Dalmatian Fire Equipment,Ltd
531 Monroe Street
Dolton, IL 60419-1134


Dino's & Son
6059 N. Hermitage St
Chicago, IL 60660


Donick Holdings, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


Donna Giannis
801 W Adams St
Suite 201
Chicago, IL 60607


Donna Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Dorota Rakowska
4112 N Keystone Ave #2W
Chicago, IL 60641

Ediberto Uribe Miranda
3055 W Leland #12
Chicago, IL 60625


Empire Cooler Service, Inc.
940 W. Chicago Avenue
Chicago, IL 60622


Exelon Energy
2315 Enterprise Drive
Westchester, IL 60154


Faviola Roth
330 N Jefferson #406
Chicago, IL 60661


Fernando Arizmendi
4015 Cornelia Ave
Chicago, IL 60641


Gabriel Fernandez
1719 W Huron
Chicago, IL 60622


GE Capital Corp.
8377 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255


GE Capital Corp.
c/o R. Peterson, Jenner & Block
330 N Wabash Ave, 38th Flr
Chicago, IL 60611


Gerardo Lopez
3553 N Central Park
Chicago, IL 60651


Gerardo Roman
3106 S Lawndale
Chicago, IL 60632


Gerardo Verela
3130 Pamard
Chicago, IL 60618

Gladys Bernadac
2500 N Lawndale #1
Chicago, IL 60647


Helen Kobrin
67 W Chestnut Apt 3A
Chicago, IL 60610


Heriberto Roldan
4731 W Plamer
Chicago, IL 60639


IL Dept. of Employment Securities
PO Box 19300
Springfield, IL 62794


Illinois Department of Revenue
101 W Jefferson St
Springfield, IL 62702


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


Isabel Alvarez
2759 S Hamlin
Chicago, IL 60623


Jamie Dominguez
9549 S Avers
Chicago, IL 60617


Jennifer A Bertucci
2820 S Lowe
Chicago, IL 60616


Jennifer Flastrom
2216 N California #1
Chicago, IL 60647


Jessica Thorne
1850 W Barry St, Apt. 2
Chicago, IL 60657

Joann Morales
2619 N California
Chicago, IL 60647


Joaquin F. Reynaldo
1326 W 18th St
Chicago, IL 60608


Jorge Uribe Miranda
3237 W Leland Ave
Chicago, IL 60625


Josue Vicona
3019 N Spaulding
Chicago, IL 60618


Juan Arizmendi
3824 N Pulaski
Chicago, IL 60641


Juan Carlos Gomez
2947 N Kimball
Chicago, IL 60618


Katherine Brandt
1937 Terrace Road
Homewood, IL 60430


Keva Walker
550 W Briar Place
Chicago, IL 60657


Lauren McBee
420 Surf St
Chicago, IL 60657


Lisa Nelson
1401 7th Ave
Silvis, IL 61282


Lucio Cebrero
5933 S. Trumbull
Chicago, IL 60629

Luis Abad
3747 W 63rd St
Chicago, IL 60629


Lux Security Systems
3611 N. Nottingham Ave
Chicago, IL 60634


Marco Abad
1838 S Morgan
Chicago, IL 60608


Martin Urbina
3831 N Fremont #402
Chicago, IL 60613


Michelle Abrams
2439 N Mozart
Chicago, IL 60647


Miguel Morocho
1719 W Huron St #3
Chicago, IL 60622


MUZAK - CHICAGO
PO Box 71070
Charlotte, NC 28272-1070


MVP Fire Protection Systems INC.
14006 S. Kildare Ave.
Crestwood, IL 60445


Nick Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Nick Howard
832 W Windsor #1
Chicago, IL 60640


Nicole E. Cobb-Oliver
301 W Madison
Lombard, IL 60148

Nihal Gunden
5005 Enfield Ave #310
Skokie, IL 60077


Nordic Energy
625 Plainfield Road
Suite 226
Willowbrook, IL 60527


NSN Employer Services
PO Box 617665
Chicago, IL 60661


NuCO2 Inc.
PO Box 9011
Stuart, FL 34995


Peter Pan Restaurant Management and
Consultants, Inc.
612 N. Wells Street
Chicago, IL 60614


Purely Gourmet
9272 Paysphere Circle
Chicago, IL 60674


Radiant Systems
PO Box 198755
Atlanta, GA 30384-8755


Rally Capital Services, LLC.
350 N. LaSalle Street
Suite 1100
Chicago, IL 60654


Ramon Bucio Leyba
3806 N Francisco
Chicago, IL 60618


RBS Citizens, NA d/b/a Charter One
c/o Riemer & Braunstein, LLP
71 S. Wacker Dr., Ste. 3515
Chicago, IL 60606

Rebecca Ross
495 Sussex Ct
Buffalo Grove, IL 60089


Ruben Avila
1122 Wolcott
Chicago, IL 60622


Santos Mendoza
2848 N Drake #1
Chicago, IL 60618


Sophia Sosa
4713 W 20th St
Cicero, IL 60804


Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674-2971


Stacey Meinen
3950 N Lake Shore Dr, #1016
Chicago, IL 60613


Stewarts Private Blend Foods, Inc.
4110 Wrightwood Ave.
Chicago, IL 60639


Sysco Food Service
250 Wieboldt Drive
Des Plaines, IL 60016


Taylor Brown
811 Seward St, Apt 1S
Evanston, IL 60202


Total Management Systems, Inc.
900 W. Fullerton Avenue
Addison, IL 60101


Tri-Mark Marlinn
7250 South Cicero
Chicago, IL 60629-5815

US Foodservice, Inc
Box 98420
Chicago, IL 60693-8420

Veolia Environmental Services
4612 W Lake Street
Melrose Park, IL 60160

Veolia Environmental Services
4612 W. Lake Street
Melrose Park, IL 60160

Versa Foods, Inc.
320 W Gerri Lane
Addison, IL 60101-5012

Veterans Linen Supply Co., INC
627 S 89th St
Milwaukee, WI 53214

Vienna Sausage Mfg.
2549 Paysphere Circle
Chicago, IL 60674

Vincente Luna
2902 N Woodard St
Chicago, IL 60618

Walter J. Jr. Inc.
2441 E. Seminary Ave.
Des Plaines, IL 60016

Wirtz Beverage Illinois
PO Box 809180
Chicago, IL 60680-9180

Zoe Kanistra
6325 N Sheridan Rd, Unit 1908
Chicago, IL 60660

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Boston Blackies of Riverside Plaza, Inc.__

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Boston Blackies of Riverside Plaza, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 24, 2009__

Date

/s/ Robert R. Benjamin

__Robert R. Benjamin 0170429__

Signature of Attorney or Litigant

Counsel for   __Boston Blackies of Riverside Plaza, Inc.__

__Querrey & Harrow, Ltd.__
__175 W. Jackson Boulevard, Suite 1600__
__Chicago, IL 60604__
__(312)540-7000 Fax:(312)540-0578__
__rbenjamin@querrey.com__