# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
BOSTON BLACKIES OF RIVERSIDE PLAZA,   §    Case No. 09-44646
                                      §
             Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No:      09-44646      JS    Judge: JACK B. SCHMETTERER                   Trustee Name:           BRENDA PORTER HELMS, TRUSTEE
Case Name:    BOSTON BLACKIES OF RIVERSIDE PLAZA,                              Date Filed (f) or Converted (c):   11/24/09 (f)
                                                                               341(a) Meeting Date:    12/15/10
For Period Ending:  07/24/13                                                   Claims Bar Date:        08/22/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE AND RESTAURANT FURNISHINGS, EQPT | 103,131.00 | 0.00 | | 985,000.00 | FA |
| The Trustee operated the Rivrside Plaza Boston Blackies restaurant from March 17, 2010 until May 13, 2011  The assets of the Riverside restaurant and the Lake Cook Plaza restaurant, including intellectual property, was sold, pursuant to order of court entered on 11/12/10 and the sale closed in May 2011.  The sales price was $1,000,000 and was not allocated between the two locations.  The sales price was distributed pursuant to a settlement agreement between secured, administrative and priority creditors and pursuant to order approved by this Court on December 16, 2011. | | | | | |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 87.91 | FA |
| 3. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 4. INVENTORY | 32,496.00 | 0.00 | | 26,742.28 | FA |
| At the closing of the sale of the restaurant on May 13, 2011, the inventory was sold for $26,742.28 | | | | | |
| 5. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS | 7,258.00 | 0.00 | | 31,581.72 | FA |
| 7. SECURITY DEPOSITS | 86,103.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $229,491.00        $0.00        $1,043,411.91        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/20        Current Projected Date of Final Report (TFR): 01/30/13

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                           Ver: 17.02e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-44646   JS   Judge: JACK B. SCHMETTERER | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Date Filed (f) or Converted (c): 11/24/09 (f) |
| | | 341(a) Meeting Date: 12/15/10 |
| | | Claims Bar Date: 08/22/11 |

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 07/24/13
BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-44646 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1236 Checking - Non Interest |
| Taxpayer ID No: | *******3264 | | |
| For Period Ending: | 07/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,075.20 | | 7,075.20 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 6.33 | 7,068.87 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 7,075.20 | 6.33 | 7,068.87 |
| Less: Bank Transfers/CD's | 7,075.20 | 0.00 | |
| Subtotal | 0.00 | 6.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6.33 | |

Page Subtotals  7,075.20  6.33

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-44646 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5602 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3264 | | | |
| For Period Ending: | 07/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/10 | 1 | John Bozich | earnest money deposit | 1129-000 | 300,000.00 | | 300,000.00 |
| 10/14/10 | 1 | John Bozich | earnest money deposit | 1129-000 | 135,000.00 | | 435,000.00 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 11.14 | | 435,011.14 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.04 | | 435,036.18 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.86 | | 435,062.04 |
| * 01/11/11 | 000101 | International Sureties, Ltd. | bond premium #016040892 | 2300-003 | | 1,249.82 | 433,812.22 |
| * 01/11/11 | 000101 | International Sureties, Ltd. | bond premium #016040892 | 2300-003 | | -1,249.82 | 435,062.04 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.87 | | 435,087.91 |
| 02/19/11 | 000102 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 330.95 | 434,756.96 |
| 05/13/11 | 4 | Riverside Enterprises, LLC | sale of Riverside inventory | 1129-000 | 26,742.28 | | 461,499.24 |
| 05/13/11 | 1 | Law Offices of Bozich and Korn | sale of Riverside/Deerfield restaus | 1129-000 | 250,000.00 | | 711,499.24 |
| 05/16/11 | 000103 | Advanced Restaurant Sales LLC | commission on sale of business | 3731-000 | | 35,000.00 | 676,499.24 |
| 05/16/11 | 000104 | Trigild Incorporated | commission on busi sale | 3731-000 | | 15,000.00 | 661,499.24 |
| 10/04/11 | 6 | Boston Blackies of Riverside Plaza | turnover of operating funds | 1130-000 | 31,581.72 | | 693,080.96 |
| * 10/19/11 | 000105 | United States Treasury | failure to file penalty | 2690-003 | | 1,068.00 | 692,012.96 |
| * 10/19/11 | 000106 | United States Treasury | failure to file penalty | 2690-003 | | 1,170.00 | 690,842.96 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 868.61 | 689,974.35 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 853.41 | 689,120.94 |
| 12/29/11 | 000107 | Illinois Department of Revenue | per settlement agreement | 4800-000 | | 40,025.56 | 649,095.38 |
| 12/29/11 | 000108 | Office of United States Trustee | UST quarterly fees | 2950-000 | | 16,255.73 | 632,839.65 |
| 12/29/11 | 000109 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 40,000.00 | 592,839.65 |
| 12/29/11 | 000110 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 35,000.00 | 557,839.65 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 830.12 | 557,009.53 |
| 01/12/12 | 000111 | Alan D. lasko & Associates P.C. | accounting fees | 3410-000 | | 10,000.00 | 547,009.53 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 Wire To Secured Creditor 12/30/11 wire to secured creditor per court order | 4210-000 | | 59,540.95 | 487,468.58 |

Page Subtotals 743,411.91 255,943.33

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-44646 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5602 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3264 | | |
| For Period Ending: | 07/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/12 | | Business Loan Center LLC | 12/11 12/30/11 wire to secured creditor 12/30/11 wire transfer to secured creditor per court order 12/11 | 4210-000 | | 481,550.06 | 5,918.52 |
| * 02/27/12 | 000106 | United States Treasury | failure to file penalty | 2690-003 | | -1,170.00 | 7,088.52 |
| 02/27/12 | 000112 | Internal Revenue Service | 2009 failure to file penalty | 2810-000 | | 1,081.32 | 6,007.20 |
| * 09/10/12 | 000105 | United States Treasury | failure to file penalty | 2690-003 | | -1,068.00 | 7,075.20 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,075.20 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 743,411.91 | 743,411.91 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,075.20 | |
| Subtotal | 743,411.91 | 736,336.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 743,411.91 | 736,336.71 | |

Page Subtotals           0.00           487,468.58

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-44646 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6177 Checking - Non Interest |
| Taxpayer ID No: | *******3264 | | | |
| For Period Ending: | 07/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1236 | 0.00 | 6.33 | 7,068.87 |
| Money Market - Interest Bearing - ********5602 | 743,411.91 | 736,336.71 | 0.00 |
| Checking - Non Interest - ********6177 | 0.00 | 0.00 | 0.00 |
| | 743,411.91 | 736,343.04 | 7,068.87 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 07/24/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.00    0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44646
Case Name: BOSTON BLACKIES OF RIVERSIDE PLAZA,
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20 | GECC | $ | $ | $ | $ |
| 2 | Illinois Dept of Revenue | $ | $ | $ | $ |
| 14 | US Bancorp Business Equipment | $ | $ | $ | $ |
| 16 | Illinois Dept of Revenue | $ | $ | $ | $ |
| 19 | RBS Citizens | $ | $ | $ | $ |
| 24 | Dept of Treasury | $ | $ | $ | $ |
|  | BUSINESS LOAN CENTER LLC | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Springer Brown Covey Gaertner & Davis | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCAITES P.C. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____

Remaining Balance           $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Revenue | $ | $ | $ |
| 3 | Illinois Dept of Revenue | $ | $ | $ |
| 11 | Illinois Dept of Employment Security | $ | $ | $ |
| 12 | Illinois Dept of Employment Security | $ | $ | $ |
| 16B | Illinois Dept of Revenue | $ | $ | $ |
| 24B | Dept of Treasury | $ | $ | $ |
| 25 | Illinios Dept of Revenue | $ | $ | $ |
| 27 | Illinois Dept of Revenue | $ | $ | $ |
| 28 | Illinois Dept of Revenue | $ | $ | $ |

Total to be paid to priority creditors           $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

    Remaining Balance                                                        $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_\_ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1 | TRi Mark Marlinn | $ | $ | $ |
| 3B | Illinois Dept of Revenue | $ | $ | $ |
| 4 | Veolia Environmental Services | $ | $ | $ |
| 5 | Southern Wine & Spirits | $ | $ | $ |
| 6 | Dino's & Son | $ | $ | $ |
| 7 | NuCO2 | $ | $ | $ |
| 8 | A New Dairy, Inc. | $ | $ | $ |
| 9 | Sysco Food Service | $ | $ | $ |
| 10 | Lux Security Systems | $ | $ | $ |
| 11B | Illinois Dept of Employment Security | $ | $ | $ |
| 13 | Rally Capital Services | $ | $ | $ |
| 15 | Vienna Beef | $ | $ | $ |
| 16C | Illinois Dept of Revenue | $ | $ | $ |
| 17 | Alpha Baking | $ | $ | $ |
| 18 | Rona Keller | $ | $ | $ |
| 19B | RBS Citizens | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Exelon Energy | $ | $ | $ |
| 22 | CoActiv Capital Partners | $ | $ | $ |
| 23 | Morgan & Bley Ltd | $ | $ | $ |
| 24C | Dept of Treasury | $ | $ | $ |
| 29 | US Foodservice | $ | $ | $ |
| 30 | Dalmatian Fire Equipment | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE