# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| BOSTON BLACKIES OF RIVERSIDE PLAZA, § | Case No. 09-44646 |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/29/2013 in Courtroom 682,
Dirksen Federal Building
219 S. Dearborn Street
Chicago IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2013                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSTON BLACKIES OF RIVERSIDE § Case No. 09-44646
PLAZA,
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 743,411.91 |
| and approved disbursements of | $ | 736,343.04 |
| leaving a balance on hand of[1] | $ | 7,068.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20 | GECC | $ 6,275,307.03 | $ 6,275,307.03 | $ 59,540.95 | $ 0.00 |
| 2 | Illinois Dept of Revenue | $ 198,004.93 | $ 198,004.93 | $ 0.00 | $ 0.00 |
| 14 | US Bancorp Business Equipment | $ 50,790.27 | $ 50,790.27 | $ 0.00 | $ 0.00 |
| 16 | Illinois Dept of Revenue | $ 198,009.09 | $ 198,009.09 | $ 0.00 | $ 7,068.87 |
| 19 | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 24 | Dept of Treasury | $ 9,251.17 | $ 9,251.17 | $ 0.00 | $ 0.00 |
| | BUSINESS LOAN CENTER LLC | $ 3,000,000.00 | $ 0.00 | $ 481,550.06 | $ 0.00 |

Total to be paid to secured creditors $ 7,068.87
Remaining Balance $ 0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 40,420.60 | $ 35,000.00 | $ 0.00 |
| Attorney for Trustee Fees: Springer Brown Covey Gaertner & Davis | $ 40,000.00 | $ 40,000.00 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCAITES P.C. | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: International Sureties | $ 337.28 | $ 337.28 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $            0.00

Remaining Balance                                          $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 319,664.67  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Revenue | $ 62,756.48 | $ 0.00 | $ 0.00 |
| 3 | Illinois Dept of Revenue | $ 11,140.89 | $ 0.00 | $ 0.00 |
| 11 | Illinois Dept of Employment Security | $ 3,476.24 | $ 0.00 | $ 0.00 |
| 12 | Illinois Dept of Employment Security | $ 139.84 | $ 0.00 | $ 0.00 |
| 16B | Illinois Dept of Revenue | $ 43,709.48 | $ 0.00 | $ 0.00 |
| 24B | Dept of Treasury | $ 169,988.27 | $ 0.00 | $ 0.00 |
| 25 | Illinios Dept of Revenue | $ 20,017.56 | $ 0.00 | $ 0.00 |
| 27 | Illinois Dept of Revenue | $ 3,023.74 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Illinois Dept of Revenue | $ 5,412.17 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,725,840.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TRi Mark Marlinn | $ 19,375.77 | $ 0.00 | $ 0.00 |
| 3B | Illinois Dept of Revenue | $ 2,262.20 | $ 0.00 | $ 0.00 |
| 4 | Veolia Environmental Services | $ 565.76 | $ 0.00 | $ 0.00 |
| 5 | Southern Wine & Spirits | $ 4,488.86 | $ 0.00 | $ 0.00 |
| 6 | Dino's & Son | $ 14,254.25 | $ 0.00 | $ 0.00 |
| 7 | NuCO2 | $ 360.44 | $ 0.00 | $ 0.00 |
| 8 | A New Dairy, Inc. | $ 4,285.78 | $ 0.00 | $ 0.00 |
| 9 | Sysco Food Service | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 10 | Lux Security Systems | $ 675.00 | $ 0.00 | $ 0.00 |
| 11B | Illinois Dept of Employment Security | $ 325.00 | $ 0.00 | $ 0.00 |
| 13 | Rally Capital Services | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 15 | Vienna Beef | $ 3,531.58 | $ 0.00 | $ 0.00 |
| 16C | Illinois Dept of Revenue | $ 4,338.34 | $ 0.00 | $ 0.00 |
| 17 | Alpha Baking | $ 9,459.63 | $ 0.00 | $ 0.00 |
| 18 | Rona Keller | $ 96,976.53 | $ 0.00 | $ 0.00 |
| 19B | RBS Citizens | $ 983,962.25 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Exelon Energy | $ 932.44 | $ 0.00 | $ 0.00 |
| 22 | CoActiv Capital Partners | $ 1,181,990.29 | $ 0.00 | $ 0.00 |
| 23 | Morgan & Bley Ltd | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 24C | Dept of Treasury | $ 38,721.86 | $ 0.00 | $ 0.00 |
| 29 | US Foodservice | $ 8,268.95 | $ 0.00 | $ 0.00 |
| 30 | Dalmatian Fire Equipment | $ 337.48 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $            0.00

Remaining Balance                                            $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                                                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-44646-JBS
Boston Blackies of Riverside Plaza, Inc. Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 4                  Date Rcvd: Jul 25, 2013
                              Form ID: pdf006             Total Noticed: 138

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2013.
```
db            +Boston Blackies of Riverside Plaza, Inc.,    801 W. Adams Street,    Suite 201,
                Chicago, IL 60607-3035
15155380      +10/120 South Riverside Fee, LLC,    c/o Meachum & Starck,    225 W Washington St Ste 1400,
                Chicago, IL 60606-3486
15155379      +10/120 South Riverside Property,    c/o Meachum & Starck,    225 W Washington St Ste 1400,
                Chicago, IL 60606-3486
14768010      +A New Dairy, Inc,    1234 W. Randolph,    Chicago, IL 60607-1604
14768011      +Adrian Hernandez,    3328 W Wilson Ave,    Chicago, IL 60625-5311
14768012      +Alejandro Gonzalez,    4811 Forster,    Schiller Park, IL 60176-1101
14768013      +Alejandro Romero Diaz,    2021 N Albany,    Chicago, IL 60647-4036
14768015      +Alpha Baking,    4545 Lyndale,    Chicago, IL 60639-3492
14768016      +Alsco,    2641 S. Leavitt,    Chicago, IL 60608-5215
14768017      +Alsco-American Linen,    2641 S. Leavitt,    Chicago, IL 60608-5215
14768018      +Alvaro Rocha,    4322 N Milwaukee Ave,    Chicago, IL 60641-1520
14768019      +Amanda Ervin,    8728 Stage Coach Rd,    Athens, OH 45701-3540
14768020      +Anderson Pest Control,    501 W. Lake Street,    Suite 204,    Elmhurst, IL 60126-1419
14768021      +Andrea M. Giczewski,    16719 Riverside Dr,    Livonia, MI 48154-2428
14768022      +Andres Sanchez,    3748 N Albany, Basement,    Chicago, IL 60618-4522
14768023      +Angel Mancilla,    2722 Westwood #D2,    Waukegan, IL 60085-4953
14768024      +Argy Bisbikis,    11333 71st Street,    Burr Ridge, IL 60527-4934
14768026     #+BLC, LLC/Ciena Capitol, LLC.,    PO Box 26507,    Greenville, SC 29616-1507
14768027     #+BLC. LLC/ Ciena Capital LLC,    PO Box 26507,    Greenville, SC 29616-1507
14768028      +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
                Chicago, IL 60607-3035
14768031      +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768032      +Boston Blackies of Arlington Height,    801 West Adams Street,    Suite 201,
                Chicago, IL 60607-3035
15155381      +Boston Blackies of Arlington Height,    222 Algonquin Road,    Arlington Heights, IL 60005-4662
15155382      +Boston Blackies of Lake Cook Plaza,    405 Lake Cook Road,    Deerfield, IL 60015-4991
14768033      +Boston Blackies of Lincoln Park LLC,    1962 N. Halsted,    Chicago, IL 60614-5009
15155383      +Boston Blackies of Naperville, LLC,    916 S. Route 59,    Naperville, IL 60540-0933
14768034      +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
14768035      +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15155384      +Boston Blackies of Winnetka, Inc,    73 Greeen Bay Road,    Glencoe, IL 60022-4416
14768036      +Brandis Jones,    1421 W Superior 1R,    Chicago, IL 60642-5269
14768037      +Carlos Vazquez,    456 Greenview Dr,    Park City, IL 60085-4742
14768038      +Carson's,    612 N. Wells,    Chicago, IL 60654-3715
15155385      +Champion Energy LLC,    Attention Bankruptcy Department,    13831 NW Freeway, Suite 250,
                Houston, TX 77040-5205
14768039       Champion Energy, LLC,    PO Box 3115,    Houston, TX 77253-3115
14768040      +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768041      +Christina Gonzalez,    2431 S Whipple,    Chicago, IL 60623-4111
15164965      +CoActiv Capital Partners, Inc.,    c/o Deeb,Petrakis, Blum & Murphy, P.C.,    1601 Market Street,
                Philadelphia, PA 19103-2301
14768042       Dalmatian Fire Equipment,Ltd,    531 Monroe Street,    Dolton, IL 60419-1134
15155388      +Department of Water Management,    Attention Legal/Bankruptcy Dept,
                333 South State Street, #LL 10,    Chicago, IL 60604-3957
14768043      +Dino's & Son,    6059 N. Hermitage St,    Chicago, IL 60660-2303
14768044      +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768045      +Donna Giannis,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14768046      +Donna Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15155389      +Donna Giannis,    6424 North Tower Court,    Lincolnwood, IL 60712-4208
14768047      +Dorota Rakowska,    4112 N Keystone Ave #2W,    Chicago, IL 60641-2755
14768048      +Ediberto Uribe Miranda,    3055 W Leland #12,    Chicago, IL 60625-4370
14768049      +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14768050      +Exelon Energy,    2315 Enterprise Drive,    Westchester, IL 60154-5811
15162204      +Exelon Energy Company,    C/O Lynn R Zack,    2301 Market Street,    Philadelphia, PA 19103-1338
14768051      +Faviola Roth,    330 N Jefferson #406,    Chicago, IL 60661-1190
14768052      +Fernando Arizmendi,    4015 Cornelia Ave,    Chicago, IL 60641-3917
14768054      +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,    Scottsdale, AZ 85255-5687
14768055      +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
                Chicago, IL 60611-3586
14768053      +Gabriel Fernandez,    1719 W Huron,    Chicago, IL 60622-5621
15159699      +General Electric Capital Corporation,    Attn: Collateral Management,
                8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14768056      +Gerardo Lopez,    3553 N Central Park,    Chicago, IL 60634-4407
14768057      +Gerardo Roman,    3106 S Lawndale,    Chicago, IL 60623-5039
14768058       Gerardo Verela,    3130 Pamard,    Chicago, IL 60618
14768060      +Helen Kobrin,    67 W Chestnut Apt 3A,    Chicago, IL 60610-3300
14768061      +Heriberto Roldan,    4731 W Plamer,    Chicago, IL 60639-3315
14768062      +IL Dept. of Employment Securities,    PO Box 19300,    Springfield, IL 62794-9300
14816011     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 West Randolph Street,
                Chicago, IL 60601)
```

```
District/off: 0752-1          User: csimmons              Page 2 of 4                  Date Rcvd: Jul 25, 2013
                              Form ID: pdf006             Total Noticed: 138

14922945      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808
14923498      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14923256      +Illinois Department of Employment Security,    33 South State Street,
                Chicwgo, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15380423       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14768065      +Isabel Alvarez,    2759 S Hamlin,    Chicago, IL 60623-4516
14768066      +Jamie Dominguez,    9549 S Avers,    Chicago, IL 60805
14768067     #+Jennifer A Bertucci,    2820 S Lowe,    Chicago, IL 60616-2511
14768068      +Jennifer Flastrom,    2216 N California #1,    Chicago, IL 60647-2904
14768069      +Jessica Thorne,    1850 W Barry St, Apt. 2,    Chicago, IL 60657-2041
14768070      +Joann Morales,    2619 N California,    Chicago, IL 60647-1733
14768071      +Joaquin F. Reynaldo,    1326 W 18th St,    Chicago, IL 60608-4270
15155391      +Jones Lang LaSalle,    C/O Meachum & Starck,    225 W Washington St Ste 1400,
                Chicago, IL 60606-3486
14768072      +Jorge Uribe Miranda,    3237 W Leland Ave,    Chicago, IL 60625-4689
14768073      +Josue Vicona,    3019 N Spaulding,    Chicago, IL 60618-6808
14768074     #+Juan Arizmendi,    3824 N Pulaski,    Chicago, IL 60641-3139
14768075      +Juan Carlos Gomez,    2947 N Kimball,    Chicago, IL 60618-7514
14768076      +Katherine Brandt,    1937 Terrace Road,    Homewood, IL 60430-3917
14768077      +Keva Walker,    550 W Briar Place,    Chicago, IL 60657-1982
14768078      +Lauren McBee,    420 Surf St,    Chicago, IL 60657-6152
14768079      +Lisa Nelson,    1401 7th Ave,    Silvis, IL 61282-2610
14768080       Lucio Cebrero,    5933 S. Trumbull,    Chicago, IL 60629
14768081      +Luis Abad,    3747 W 63rd St,    Chicago, IL 60629-4022
14768082      +Lux Security Systems,    3611 N. Nottingham Ave,    Chicago, IL 60634-2243
14768087       MUZAK - CHICAGO,    PO Box 71070,    Charlotte, NC 28272-1070
14768083       Marco Abad,    1838 S Morgan,    Chicago, IL 60608
14768084      +Martin Urbina,    3831 N Fremont #402,    Chicago, IL 60613-3063
14768086      +Miguel Morocho,    1719 W Huron St #3,    Chicago, IL 60622-5621
15169597      +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
14768094      +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
15155392       Nick Giannis,    62424 North Tower Court,    Lincolnwood, IL 60712
14768089      +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768090      +Nick Howard,    832 W Windsor #1,    Chicago, IL 60640-6109
14768091      +Nicole E. Cobb-Oliver,    301 W Madison,    Lombard, IL 60148-3217
14768093     #+Nordic Energy,    625 Plainfield Road,    Suite 226,    Willowbrook, IL 60527-5368
14768095      +NuCO2,    2800 S.E. Market Place,    Stuart, FL 34997-4965
15155393      +NuCO2 Inc.,    P O BOX 9011,    Stuart, FL 34995-9011
14768009      +One Sixty Four Grand Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15155394      +People's Gas Light & Cook Company,    130 East Randolph Drive,    Chicago, IL 60601-6207
14768096      +Peter Pan Restaurant Management and,    Consultants, Inc.,    612 N. Wells Street,
                Chicago, IL 60654-3715
14768097      +Purely Gourmet,    9272 Paysphere Circle,    Chicago, IL 60674-0092
14768101      +RBS Citizens, NA d/b/a Charter One,    c/o Riemer & Braunstein, LLP,    71 S. Wacker Dr., Ste. 3515,
                Chicago, IL 60606-4610
14768098       Radiant Systems,    PO Box 198755,    Atlanta, GA 30384-8755
14768099      +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
14768100      +Ramon Bucio Leyba,    3806 N Francisco,    Chicago, IL 60618-3504
15155215      +Rona Keller,    626 W Randolph St #402,    Chicago, IL 60661-2200
14768103      +Ruben Avila,    1122 Wolcott,    Chicago, IL 60622-3708
14768104      +Santos Mendoza,    2848 N Drake #1,    Chicago, IL 60618-7419
14768105     #+Sophia Sosa,    4713 W 20th St,    Cicero, IL 60804-2514
14768106       Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-2971
15155395      +Spiro Bouzanis,    c/o Dean J Caras,    320 W. Illinois St Suite 2216,    Chicago, IL 60654-7835
14768107      +Stacey Meinen,    3950 N Lake Shore Dr, #1016,    Chicago, IL 60613-3416
14768108      +Stewarts Private Blend Foods, Inc.,    4110 Wrightwood Ave.,    Chicago, IL 60639-2172
14768109      +Sysco Food Service,    250 Wieboldt Drive,    Des Plaines, IL 60016-3192
14768110      +Taylor Brown,    811 Seward St, Apt 1S,    Evanston, IL 60202-2881
14768008      +Ten/Onetwenty South Riverside Property LLC,    14470 Collections Center Drive,
                Chicago, IL 60693-0144
14768111       Total Management Systems, Inc.,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
15155396      +Tri-Mark Marlinn,    7250 South Cicero,    Chicago, IL 60629-5849
14768112      +Tri-Mark Marlinn,    C/O Teller, Levit, & Silvertrust, PC,    11 E. Adams Street, #800,
                Chicago, IL 60603-6324
17530914      +U.S. Foodservice, Inc.,    c/o Saul Ewing LLP,    1500 Market Street, 38th Floor,
                Philadelphia, PA 19102-2128,    Attn: J. Hampton/M. Rand
15001222      +US Bancorp Business Equipment Finance Group,    Attn: Legal Dept,    1310 Madrid St.,
                Marshall, MN 56258-4099
14768113       US Foodservice, Inc,    Box 98420,    Chicago, IL 60693-8420
14768114       Veolia Environmental Services,    1660 Jibbard Ave,    Batavia, IL 60510
14768115      +Veolia Environmental Services,    4612 W. Lake Street,    Melrose Park, IL 60160-2747
14768116       Versa Foods, Inc.,    320 W Gerri Lane,    Addison, IL 60101-5012
14768117     #+Veterans Linen Supply Co., INC,    627 S 89th St,    Milwaukee, WI 53214-1399
14768118      +Vienna Beef, Ltd.,    C/O Kevin Anderson,    2501 N. Damen Ave,    Chicago, IL 60647-2101
15155397      +Vienna Sausage Mfg,    2549 Paysphere Circle,    Chicago, IL 60674-0025
14768119      +Vincente Luna,    2902 N Woodard St,    Chicago, IL 60618-7509
14768120      +Walter J. Jr. Inc.,    2441 E. Seminary Ave.,    Des Plaines, IL 60016-4843
14768121       Wirtz Beverage Illinois,    PO Box 809180,    Chicago, IL 60680-9180
```

```
District/off: 0752-1              User: csimmons              Page 3 of 4                  Date Rcvd: Jul 25, 2013
                                  Form ID: pdf006             Total Noticed: 138


 14768122     +Zoe Kanistra,    6325 N Sheridan Rd, Unit 1908,    Chicago, IL 60660-5721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14768025     +E-mail/Text: g17768@att.com Jul 26 2013 00:55:09      AT & T,    Bankruptcy Department,
                PO Box 769,    Arlington, TX 76004-0769
 15155387     +E-mail/Text: legalcollections@comed.com Jul 26 2013 00:54:10      Commonwealth Edison,
                c/o LaShonda Hunt,    10 South Dearborn St 35th Floor,    Chicago, IL 60603-2398
 14768064      E-mail/Text: cio.bncmail@irs.gov Jul 26 2013 00:51:57      Department of Treasury,
                Internal Revenue Service,    P O BOX 7346,    Philadelphia, PA 19101-7346
 16454309     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 26 2013 00:56:11      Office of the U.S. Trustee,
                219 South Dearborn St. Room 873,    Chicago, IL 60604-2027
 17534923     +E-mail/Text: ebn.bankruptcy@usfoods.com Jul 26 2013 00:57:07      U.S. Foodservice Inc,
                c/o Dorothy Capers, Esquire,    9399 W Higgins Rd, Suite 600,    Rosemont, IL 60018-4940
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 14768007      Ten/Onetwenty S. Riverside Property, LLC.,    c/o Behringer Harvard REIT I, Inc.,
                Richard H. Needham, G.M.,    10/120 S. Riverside Plaza, Chicago, IL 6
 14884770*    +A New Dairy Inc,    1234 W Randolph,    Chicago, IL 60607-1604
 14768063*    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,    101 W Jefferson St,
                Springfield, IL 62702)
 14768014    ##+Allison Zieroff,    839 W Cornelia, Apt. 2N,    Chicago, IL 60657-1729
 14768030    ##+Boston Blackies Management, Inc.,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
 14768029    ##+Boston Blackies Management, Inc.,    801 W Adams St,    Suite 201,   Chicago, IL 60607-3035
 15155386    ##+Chris Giannis,    6424 North Tower Court,    Lincoln, IL 60712-4208
 14768059    ##+Gladys Bernadac,    2500 N Lawndale #1,    Chicago, IL 60647-1110
 14768088    ##+MVP Fire Protection Systems INC.,    14006 S. Kildare Ave.,    Crestwood, IL 60445-2300
 14768085    ##+Michelle Abrams,    2439 N Mozart,    Chicago, IL 60647-2613
 14768092    ##+Nihal Gunden,    5005 Enfield Ave #310,    Skokie, IL 60077-1849
 14768102    ##+Rebecca Ross,    495 Sussex Ct,    Buffalo Grove, IL 60089-4456
                                                                                 TOTALS: 1, * 2, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 4 of 4                  Date Rcvd: Jul 25, 2013
                              Form ID: pdf006             Total Noticed: 138
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2013 at the address(es) listed below:

        Beverly A Berneman    on behalf of Debtor    Boston Blackies of Riverside Plaza, Inc.
         baberneman@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
        David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
         constantine.harvalis@usdoj.gov
        Eileen M Sethna    on behalf of Debtor    Boston Blackies of Riverside Plaza, Inc.
         esethna@chuhak.com,    rsaldivar@chuhak.com
        Jeffrey D Ganz    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
         merger with Charter One Bank, N.A. jganz@riemerlaw.com,    saguado@riemerlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert R Benjamin    on behalf of Debtor    Boston Blackies of Riverside Plaza, Inc.
         rrbenjamin@golanchristie.com,
         lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
        Thomas M Lombardo    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
         merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

                                                                                         TOTAL: 9