# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Boston Blackies of Riverside )
)
) **Bankruptcy No.** 09 B 44646
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:　See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __November 21, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Brenda Porter Helms is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 25, 2013

In re: Boston Blackies of Riverside
Bankruptcy No. 09 B 44646

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on October 25, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

Trustee
Brenda Porter Helms, ESQ
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

Robert R Benjamin
Golan & Christie, LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602
Email: rrbenjamin@golanchristie.com

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

### Served through First Class Mail