UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| BOSTON BLACKIES OF RIVERSIDE PLAZA, | § § | Case No. 09-44646 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           , and it was converted to chapter 7 on . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CIENA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | GECC | | | | | |
| 16 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS TRUSTEE | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| OFFICE OF UNITED STATES TRUSTEE | | | | | |
| SPRINGER BROWN COVEY GAERTNER & DAV | | | | | |
| ALAN D. LASKO & ASSOCAITES P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADVANCED RESTAURANT SALES LLC | | | | | |
| INCORPORATED, TRIGILD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Bisbikis | | | | | |
| | A. Ervin | | | | | |
| | A. Giczewski | | | | | |
| | A. Gonzalez | | | | | |
| | A. Hernandez | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Mancilla | | | | | |
| | A. Rocha | | | | | |
| | A. Romero Diaz | | | | | |
| | A. Sanchez | | | | | |
| | A. Zieroff | | | | | |
| | B. Jones | | | | | |
| | C. Gonzalez | | | | | |
| | C. Vasquez | | | | | |
| | D. Rakowsk | | | | | |
| | E. Uribe Miranda | | | | | |
| | F. Arizmendi | | | | | |
| | F. Roth | | | | | |
| | G. Bernadac | | | | | |
| | G. Fernandez | | | | | |
| | G. Lopez | | | | | |
| | G. Roman | | | | | |
| | G. Verela | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H. Korbrin | | | | | |
| | H. Roldan | | | | | |
| | I. Alvarez | | | | | |
| | IDES | | | | | |
| | IDOR | | | | | |
| | IDOR | | | | | |
| | IRS | | | | | |
| | IRS | | | | | |
| | J. Arizmendi | | | | | |
| | J. Bertucci | | | | | |
| | J. Carlos Gomez | | | | | |
| | J. Dominguez | | | | | |
| | J. Flastrom | | | | | |
| | J. Morales | | | | | |
| | J. Reynaldo | | | | | |
| | J. Thorne | | | | | |
| | J. Uribe Miranda | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. Vicona | | | | | |
| | K. Brandt | | | | | |
| | K. Walker | | | | | |
| | L. Abad | | | | | |
| | L. Cebrero | | | | | |
| | L. McBee | | | | | |
| | L. Nelson | | | | | |
| | M. Abad | | | | | |
| | M. Abrams | | | | | |
| | M. Morocho | | | | | |
| | M. Urbina | | | | | |
| | N Cobb-Oliver | | | | | |
| | N. Gunden | | | | | |
| | N. Howard | | | | | |
| | R. Avila | | | | | |
| | R. Bucio Leyba | | | | | |
| | R. Ross | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | S. Meinen | | | | | |
| | S. Mendoza | | | | | |
| | S. Sosa | | | | | |
| | T. Brown | | | | | |
| | V. Luna | | | | | |
| | Z. Kanistra | | | | | |
| 24B | DEPT OF TREASURY | | | | | |
| 25 | ILLINIOS DEPT OF REVENUE | | | | | |
| 11 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 12 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 2A | ILLINOIS DEPT OF REVENUE | | | | | |
| 3 | ILLINOIS DEPT OF REVENUE | | | | | |
| 16B | ILLINOIS DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27 | ILLINOIS DEPT OF REVENUE | | | | | |
| 28 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10/120 S. Riverside Fee LLC | | | | | |
| | 10/120 S. Riverside Property LLC | | | | | |
| | AT&T | | | | | |
| | Also-American Linen | | | | | |
| | Anderson Pest Control | | | | | |
| | BLC LLC Ciena Capital LLC | | | | | |
| | Beacon Cap. Partners | | | | | |
| | Boston Blackies Arlington Heights | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Blackies Lake Cook | | | | | |
| | Boston Blackies Management Inc. | | | | | |
| | Boston Blackies Naperville | | | | | |
| | Boston Blackies Skokie | | | | | |
| | Boston Blackies Winnetka | | | | | |
| | Carson's | | | | | |
| | Champion Energy | | | | | |
| | Chris Giannis | | | | | |
| | Com Ed | | | | | |
| | Dept. of Water Management | | | | | |
| | Donna Giannis | | | | | |
| | Donna Giannis | | | | | |
| | Empire Cooler Service | | | | | |
| | Jones Lang LaSalle | | | | | |
| | MVP Fire Protection System | | | | | |
| | Muzak Chicago | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NSN Employ Services | | | | | |
| | Nick Giannis | | | | | |
| | Nordic Energy | | | | | |
| | Peoples Gas | | | | | |
| | Purely Gourmet | | | | | |
| | Radian Systems | | | | | |
| | Spiro Bouzanis | | | | | |
| | Stewarts Private Blend Food | | | | | |
| | Total Management Systems | | | | | |
| | Versa | | | | | |
| | Veterans Linen Supply | | | | | |
| | Vienna Sausage Manufacturing | | | | | |
| | Walter J Jr. Inc. | | | | | |
| | Wirtz Beverage | | | | | |
| 8 | A NEW DAIRY, INC. | | | | | |
| 17 | BAKING, ALPHA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | BEEF, VIENNA | | | | | |
| 19B | CITIZENS, RBS | | | | | |
| 22 | COACTIV CAPITAL PARTNERS | | | | | |
| 24C | DEPT OF TREASURY | | | | | |
| 6 | DINO'S & SON | | | | | |
| 21 | ENERGY, EXELON | | | | | |
| 30 | EQUIPMENT, DALMATIAN FIRE | | | | | |
| 29 | FOODSERVICE, US | | | | | |
| 11B | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 3B | ILLINOIS DEPT OF REVENUE | | | | | |
| 16C | ILLINOIS DEPT OF REVENUE | | | | | |
| 18 | KELLER, RONA | | | | | |
| 1 | MARLINN, TRI MARK | | | | | |
| 23 | MORGAN & BLEY LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | NUCO2 | | | | | |
| 13 | RALLY CAPITAL SERVICES | | | | | |
| 5 | SOUTHERN WINE & SPIRITS | | | | | |
| 9 | SYSCO FOOD SERVICE | | | | | |
| 10 | SYSTEMS, LUX SECURITY | | | | | |
| 4 | VEOLIA ENVIRONMENTAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-44646 | JS | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | | | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | | | 341(a) Meeting Date: | 12/15/10 |
| For Period Ending: | 11/14/13 | | | Claims Bar Date: | 08/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE AND RESTAURANT FURNISHINGS, EQPT | 103,131.00 | 0.00 | | 685,000.00 | FA |
| The Trustee operated the Rivrside Plaza Boston Blackies restaurant from March 17, 2010 until May 13, 2011  The assets of the Riverside restaurant and the Lake Cook Plaza restaurant, including intellectual property, was sold, pursuant to order of court entered on 11/12/10 and the sale closed in May 2011.  The sales price was $1,000,000 and was not allocated between the two locations.  The sales price was distributed pursuant to a settlement agreement between secured, administrative and priority creditors and pursuant to order approved by this Court on December 16, 2011. | | | | | |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 87.91 | FA |
| 3. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 4. INVENTORY | 32,496.00 | 0.00 | | 26,742.28 | FA |
| At the closing of the sale of the restaurant on May 13, 2011, the inventory was sold for $26,742.28 | | | | | |
| 5. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS | 7,258.00 | 0.00 | | 31,581.72 | FA |
| 7. SECURITY DEPOSITS | 86,103.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $229,491.00    $0.00    $743,411.91    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution check issued. Trustee waiting for -0- balance bank statement prior to submitting TDR

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-44646   JS   Judge: JACK B. SCHMETTERER | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Date Filed (f) or Converted (c): 11/24/09 (f) |
| | | 341(a) Meeting Date: 12/15/10 |
| | | Claims Bar Date: 08/22/11 |

Initial Projected Date of Final Report (TFR): 01/01/20    Current Projected Date of Final Report (TFR): 01/30/13

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 11/14/13
BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44646 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1236 Checking - Non Interest |
| Taxpayer ID No: | *******3264 | | |
| For Period Ending: | 11/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,075.20 | | 7,075.20 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 6.33 | 7,068.87 |
| 08/29/13 | 010002 | Illinois Dept of Revenue | final distribution | 4800-000 | | 7,068.87 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 7,075.20 | 7,075.20 | 0.00 |
| | Less: Bank Transfers/CD's | 7,075.20 | 0.00 | |
| | Subtotal | 0.00 | 7,075.20 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 7,075.20 | |

Page Subtotals 7,075.20 7,075.20

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44646 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5602  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3264 | | | |
| For Period Ending: | 11/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/10 | 1 | John Bozich | earnest money deposit | 1129-000 | 300,000.00 | | 300,000.00 |
| 10/14/10 | 1 | John Bozich | earnest money deposit | 1129-000 | 135,000.00 | | 435,000.00 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 11.14 | | 435,011.14 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.04 | | 435,036.18 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.86 | | 435,062.04 |
| * 01/11/11 | 000101 | International Sureties, Ltd. | bond premium #016040892 | 2300-003 | | 1,249.82 | 433,812.22 |
| * 01/11/11 | 000101 | International Sureties, Ltd. | bond premium #016040892 | 2300-003 | | -1,249.82 | 435,062.04 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 25.87 | | 435,087.91 |
| 02/19/11 | 000102 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 330.95 | 434,756.96 |
| 05/13/11 | 4 | Riverside Enterprises, LLC | sale of Riverside inventory | 1129-000 | 26,742.28 | | 461,499.24 |
| 05/13/11 | 1 | Law Offices of Bozich and Korn | sale of Riverside/Deerfield restaus | 1129-000 | 250,000.00 | | 711,499.24 |
| 05/16/11 | 000103 | Advanced Restaurant Sales LLC | commission on sale of business | 3731-000 | | 35,000.00 | 676,499.24 |
| 05/16/11 | 000104 | Trigild Incorporated | commission on busi sale | 3731-000 | | 15,000.00 | 661,499.24 |
| 10/04/11 | 6 | Boston Blackies of Riverside Plaza | turnover of operating funds | 1130-000 | 31,581.72 | | 693,080.96 |
| * 10/19/11 | 000105 | United States Treasury | failure to file penalty | 2690-003 | | 1,068.00 | 692,012.96 |
| * 10/19/11 | 000106 | United States Treasury | failure to file penalty | 2690-003 | | 1,170.00 | 690,842.96 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 868.61 | 689,974.35 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 853.41 | 689,120.94 |
| 12/29/11 | 000107 | Illinois Department of Revenue | per settlement agreement | 4800-000 | | 40,025.56 | 649,095.38 |
| 12/29/11 | 000108 | Office of United States Trustee | UST quarterly fees | 2950-000 | | 16,255.73 | 632,839.65 |
| 12/29/11 | 000109 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 40,000.00 | 592,839.65 |
| 12/29/11 | 000110 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 35,000.00 | 557,839.65 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 830.12 | 557,009.53 |
| 01/12/12 | 000111 | Alan D. lasko & Associates P.C. | accounting fees | 3410-000 | | 10,000.00 | 547,009.53 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 Wire To Secured Creditor 12/30/11 wire to secured creditor per court order | 4210-000 | | 59,540.95 | 487,468.58 |

Page Subtotals       743,411.91       255,943.33

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44646 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5602  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3264 | | | |
| For Period Ending: | 11/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/12 | | Business Loan Center LLC | 12/11 12/30/11 wire to secured creditor 12/30/11 wire transfer to secured creditor per court order 12/11 | 4210-000 | | 481,550.06 | 5,918.52 |
| * 02/27/12 | 000106 | United States Treasury | failure to file penalty | 2690-003 | | -1,170.00 | 7,088.52 |
| 02/27/12 | 000112 | Internal Revenue Service | 2009 failure to file penalty | 2810-000 | | 1,081.32 | 6,007.20 |
| * 09/10/12 | 000105 | United States Treasury | failure to file penalty | 2690-003 | | -1,068.00 | 7,075.20 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,075.20 | 0.00 |

|  |  | COLUMN TOTALS | 743,411.91 | 743,411.91 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 7,075.20 | |
|  |  | Subtotal | 743,411.91 | 736,336.71 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 743,411.91 | 736,336.71 | |

Page Subtotals            0.00            487,468.58

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44646 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF RIVERSIDE PLAZA, | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******6177 Checking - Non Interest |
| Taxpayer ID No: | *******3264 |  |  |
| For Period Ending: | 11/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

```
                                COLUMN TOTALS                    0.00          0.00          0.00
                          Less: Bank Transfers/CD's              0.00          0.00
                                Subtotal                         0.00          0.00
                          Less: Payments to Debtors                            0.00
                                Net                              0.00          0.00

                                                                                NET        ACCOUNT
                         TOTAL - ALL ACCOUNTS              NET DEPOSITS    DISBURSEMENTS    BALANCE
             Checking - Non Interest - ********1236            0.00           7,075.20        0.00
     Money Market - Interest Bearing - ********5602        743,411.91       736,336.71        0.00
             Checking - Non Interest - ********6177            0.00             0.00          0.00
                                                          -------------   -------------   -------------
                                                          743,411.91        743,411.91        0.00
                                                          =============   =============   =============
                                                         (Excludes Account (Excludes Payments  Total Funds
                                                            Transfers)       To Debtors)      On Hand
```

                /s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 11/14/13
                      BRENDA PORTER HELMS, TRUSTEE

Page Subtotals         0.00          0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*